OCTAVIUS O. COTTLE et al., as Executors of JOHN J. P. READ, Deceased, Respondents, *v.* WALTER CARY et al., Appellants, Impleaded with Others.

*Cottle* v. *Cary,* 73 App. Div. 54, affirmed.
(Argued January 20, 1903; decided February 10, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 21, 1902, affirming a judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term.

*Percy S. Lansdowne* and *Charles L. Feldman* for appellants.

*Edmund P. Cottle* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., BARTLETT, HAIGHT, MARTIN, CULLEN and WERNER, JJ. Absent: VANN, J.